THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SIDNEY D. TAIT, Appellant.

(Argued May 4, 1932; decided June 1, 1932.)

*Sydney Rosenthal* for appellant.

*Thomas C. T. Crain, District Attorney (Felix C. Benvenga* and *Le Roy Mandle* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: POUND, Ch. J., KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ. Dissenting: CRANE and LEHMAN, JJ.